FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0535

_____

FLATHEAD LAKERS INC., a Montana Non-profit
Public benefit corporation, AMY J. WALLER,
STEVEN F. MOORE, CYNTHIA S. EDSTROM,
ADELE ZIMMERMAN, MARTIN FULSAAS,
GAIL A. WATSON-FULSAAS, LAUREL
FULLERTON, ALAN COIT, DEIRDRE COIT,
and FRANK M. WOODS,

        Petitioners, Appellees,
        and Cross-Appellants,

WATER FOR FLATHEAD'S FUTURE,                O R D E R

        Intervenor and Appellee,

  v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, MONTANA
ARTESIAN WATER COMPANY,

        Respondents, Appellants,
        and Cross-Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022